IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHELLE M.,[1]           )
                          )
        Plaintiff,        )
                          )
v.                        )
                          )
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
                          )
        Defendant.        )   Civil Action No. 1:17-CV-184-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the decision of the Commissioner should be affirmed and that Plaintiff's complaint should be dismissed. Plaintiff timely filed objections to the Magistrate Judge's Recommendations on January 22, 2019.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having considered Plaintiff's objections, the Court is of the opinion that they should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

findings and conclusions of the Court, that the decision of the Commissioner is **AFFIRMED**, and that the above-styled and -numbered cause is **DISMISSED with prejudice**.

SO ORDERED this 23rd day of January, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE